

**United States Bankruptcy Court**

**Eastern Division**

**Eastern District of California**

RE: Jenna Long

Debtor

Defendant
State Dept.
of Education

Chapter 7

Case Number: 19-13871

Adv. 29-1133

**PETITION TO DISCHARGE STUDENT LOAN DEBT**

Debtor, Jenna Long, filed Chapter 7 on September 10, 2019 in the Eastern District Court of California.

Debtor has a hardship situation concerning these student loans.

Debtor would like an Adversary to have Student Loans discharged in the amount of $23, 556.00. All debts are included in Schedules E/F and on the Matrix.

Debtor is a single-parent taking care of 2 disabled children. One of the children, is 11-years old, and is a special needs child whom has much more severe needs. He is a Central Valley Regional Center client and is qualified for In Home Supportive Services. He receives approximately 226.32 hours a month of In Home Services and Debtor must supervise him twenty-four hours a day. It will be impossible for me to work at least the next 7 years or more. I have to watch him 24 hours a day.

At this, I will not be working a regular job. I am asking the court to discharge these debts along with my consumer debts in my schedule E/F.

Sincerely,

*[signature]*

Jenna Long