Dennis Winters - CA Bar #89872
Winters Law Firm
23046 Avenida de la Carlota
Suite #600
Laguna Hills, CA 92653
Telephone: (714) 836-1381
Facsimile: (949) 388-3088
Email: winterslawfirm@cs.com
Attorneys for Navient Solutions, LLC

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
### Fresno Division

| | |
|---|---|
| In re: | Bankr. Case No.: 19-13871-A |
| JENNA LONG, | Chapter 7 |
|     Debtor. | |
| JENNA LONG, | Adv. Proc. No.: 19-01135-A |
|     Plaintiff, | |
| v. | **NAVIENT SOLUTIONS, LLC'S ANSWER TO PETITION TO DISCHARGE STUDENT LOAN DEBT** |
| NAVIENT, | |
|     Defendant. | |

Navient Solutions, LLC, ("Navient"), on behalf of itself and named defendant "Navient", by and through its undersigned counsel, hereby provides its Answer to the allegations of Plaintiff, Jenna Long ("Plaintiff")'s, Petition to Discharge Student Loan Debt ("Complaint"), and states as follows:

**Introductory Statement**

Navient is a servicer of four (4) guaranteed Stafford Student Loans, made under the Federal Family Education Loan Program ("FFELP") on which Plaintiff is liable ("Stafford Loans"). The guarantor on the Stafford Loans is Educational Credit Management Corporation ("ECMC"). Pursuant to applicable provisions of the FFELP program and the Code of Federal Regulations ("CFR"), 34 CFR 682.402, *et seq*, the filing of Plaintiff's Complaint triggered the FFELP guarantee, and all interests in the Stafford Loans is being transferred to the guarantor, ECMC, who is responsible for defense of this adversary proceeding. Navient expects that ECMC will intervene in this adversary proceeding to defend the Stafford Loans, once the guarantee transfer process is complete.

Navient has no authority to litigate the discharge of the Plaintiff's Stafford Loans. After filing its Answer, Navient will await the intervention of ECMC to defend the Stafford Loans. Thereafter, Navient will seek dismissal of named defendant "Navient" by Stipulation, or by Motion if necessary.

**Answer to Allegations in the Complaint**

Navient admits the allegations in the first unnumbered paragraph of Plaintiff's Complaint.

Navient is without information or knowledge sufficient to form a belief as to the truth of the averments contained within the second unnumbered paragraph of Plaintiff's Complaint and, therefore, denies same.

The third unnumbered paragraph of Plaintiff's Complaint is a request for relief, to which no answer is required, but in an abundance of caution, is denied.

Navient is without information or knowledge sufficient to form a belief as to the truth of the averments contained within the fourth unnumbered paragraph of Plaintiff's Complaint and, therefore, denies same.

The fifth unnumbered paragraph of Plaintiff's Complaint is a request for relief, to which no answer is required, but in an abundance of caution, is denied.

### **Affirmative Defense**

Ineffective Service of Process.

WHEREFORE, Navient Solutions, LLC respectfully requests judgment in its favor and against Plaintiff and such other relief as is just and equitable.

Respectfully submitted,

By:    */s/ Dennis Winters*
Dennis Winters - CA Bar #89872
Winters Law Firm
23046 Avenida de la Carlota
Suite #600
Laguna Hills, CA 92653
Telephone: (714) 836-1381
Facsimile: (949) 388-3088
Email: winterslawfirm@cs.com
Attorneys for Navient Solutions, LLC